# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

DAIN HALL

Plaintiff,

v.

CAPITAL ONE BANK N.A.

Defendant ,



**JURY TRIAL DEMANDED**

**CASE NO.**

## COMPLAINT

## INTRODUCTION

1. This is an action for actual, statutory, and punitive damages brought by Plaintiff Dain Hall, an individual consumer, against Defendant Capital One Bank N.A., for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. Specifically, Defendant willfully failed to conduct a reasonable investigation of disputed information after receiving notice of Plaintiff's dispute, as required by the FCRA.

2. Congress enacted the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., in recognition that fair and accurate credit reporting is essential to the integrity and efficiency of the nation's banking system. Inaccurate and unfair credit reporting practices undermine public confidence, impair the functioning of financial institutions, and threaten consumer trust, an essential component of a stable credit system. The FCRA was

REC'D IN PRO SE OFFICE
APR 13 '26 AM 10:16

Page 1 of 12

therefore designed to ensure maximum possible accuracy of consumer reports, promote efficiency in the banking system, and protect consumer privacy.

3. Although furnishers of information to consumer reporting agencies are not required by the FCRA to report any information at all, once a furnisher elects to report information to a consumer reporting agency, it has a duty to report that information accurately and completely and to conduct a reasonable investigation when disputes are received pursuant to 15 U.S.C. § 1681s-2(b).

## JURISDICTION

5. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331 because this action arises under the laws of the United States, specifically the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

## VENUE

6. Venue is proper in this District pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1391(b) because Defendant transacts business in the State of New York, the events giving rise to this action occurred within this District, and Plaintiff resides in the Eastern District of New York.

## PARTIES

7. Plaintiff Dain Hall is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Plaintiff resides in Brooklyn, New York.

8. Defendant Capital One Bank, N.A. is a national banking association that regularly conducts business throughout the United States, including within this District. Upon information and belief, Defendant's principal executive offices are located at 1680 Capital One Drive, McLean, Virginia 22102.

9. Defendant is a furnisher of information to consumer reporting agencies within the meaning of 15 U.S.C. § 1681s-2, and regularly and systematically furnishes information

relating to consumers to one or more consumer reporting agencies, including but not limited to Experian, TransUnion, and Equifax, in the ordinary course of its business.

## **FACTUAL ALLEGATIONS**

10. On or about March 30, 2014, Plaintiff incurred a financial obligation with Defendant arising from an alleged credit card account in the approximate amount of $3,500. The transaction that gave rise to the account was primarily for personal, family, or household purposes and therefore constitutes a "consumer credit transaction" within the meaning of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

11. On or about February 20, 2026, Plaintiff reviewed his consumer credit reports from Experian, TransUnion, and Equifax and discovered that Defendant was reporting inaccurate, misleading, and incomplete information regarding the subject account, including false payment history, inaccurate account data, and incomplete balance information. Plaintiff promptly disputed the inaccurate information with each of the consumer reporting agencies.

12. Plaintiff's disputes clearly identified the specific inaccuracies and provided sufficient information to trigger Defendant's duty to conduct a reasonable investigation pursuant to 15 U.S.C. § 1681s-2(b).

13. Defendant reported an inaccurate and misleading payment history for the subject account to Experian, TransUnion, and Equifax. Specifically, Defendant reported the account as 60 days past due in March 2025 and again in April 2025; 90 days past due for three consecutive months in May, June, and July 2025; 120 days past due in August and September 2025; and then reverted to reporting the account as only 60 days past due in October 2025. **(See Exhibit A, B & C)**

14. This pattern of reporting is inconsistent, inaccurate, and materially misleading. The reported progression and regression of delinquency statuses is not logically possible and fails to accurately reflect the true status and payment history of the account, thereby

rendering the information incomplete and misleading in violation of the Fair Credit Reporting Act.

15. Defendant also failed to report a recent payment made on the account to Experian. Specifically, the "recent payment" field within the account information section is left blank or contains no data. This omission renders the account information incomplete and materially misleading, as it fails to accurately reflect Plaintiff's payment activity.

16. Defendant also failed to accurately report the account's balance history. Specifically, prior to Plaintiff's dispute, Defendant reported $0.00 paid for months in which Plaintiff made actual payments, rendering the payment history inaccurate and misleading. Plaintiff disputed this information and specifically requested that Defendant correct the balance history to reflect the actual amounts paid. **(See Exhibit A)**

17. However, rather than correcting the inaccurate reporting, Defendant further degraded the account information. Upon information and belief, Defendant removed the reported payment amounts, the scheduled monthly payment amounts, and the monthly balance data altogether. As a result, the account now reflects incomplete information, omitting vital data necessary to accurately convey Plaintiff's payment history and account status.

18. Defendant also failed to report a complete payment history to TransUnion. Specifically, from May 2019 through February 2026, Defendant failed to report critical account data, including monthly balances, past due amounts, and scheduled payment amounts. Additionally, from May 2019 through March 2026, Defendant failed to report the actual amounts paid on the account.

19. Such systemic omissions render the tradeline materially incomplete and misleading, as they prevent a fair and accurate assessment of Plaintiff's creditworthiness, in violation of 15 U.S.C. § 1681s-2(b).

20. Defendant furnished inconsistent and materially misleading information by reporting to Equifax a First Date of Delinquency of January 1, 2026, while simultaneously reporting the account as "current" for January 2026 in the payment history sections provided to Equifax, Experian, and TransUnion. Such reporting is inherently contradictory and

Page 4 of 12

impossible, as an account cannot be both delinquent and current during the same reporting period.

21. This contradiction highlights Defendant's failure to maintain and report complete and accurate account data. Had Defendant reported the scheduled payment amounts, actual payments made, and monthly balances, the true status of the account would be transparent and verifiable. Instead, Defendant's omission of this critical data obscures the inaccuracies and renders the tradeline incomplete and materially misleading, in violation of 15 U.S.C. § 1681s-2(b).

22. Defendant further violated its obligations under the Fair Credit Reporting Act by failing to report the account as disputed to Experian and TransUnion after receiving notice of Plaintiff's dispute. Upon information and belief, Defendant continued to furnish the account information without including any dispute notation, thereby creating the false impression that the information was undisputed. This omission renders the tradeline materially misleading and incomplete, in violation of 15 U.S.C. § 1681s-2(b).

23. This failure to include a dispute notation is particularly misleading, as it deprives potential creditors of critical context regarding the accuracy of the reported information.

24. Defendant further furnished inconsistent and inaccurate information by reporting to Equifax a First Date of Delinquency of January 2026, while simultaneously reporting to TransUnion an estimated removal date of December 2032. These dates are inherently contradictory and cannot both be accurate, as the Fair Credit Reporting Act limits the reporting period for such adverse information to approximately seven years from the date of first delinquency.

25. This inconsistency demonstrates that Defendant failed to conduct a reasonable investigation and failed to ensure the accuracy and integrity of the information furnished, resulting in materially misleading reporting in violation of 15 U.S.C. § 1681s-2(b).

26. While Defendant is not required to furnish information to consumer reporting agencies, once it elects to do so, it assumes a duty under the Fair Credit Reporting Act to provide information that is accurate and not materially misleading. This obligation includes

reporting complete account data such as balances, payment history, amounts paid, scheduled payment amounts, and monthly balances so that the tradeline reflects a full and accurate depiction of the account. The omission of such critical information renders the reporting incomplete and misleading in violation of 15 U.S.C. § 1681s-2(b).

27. As a result of Defendant's conduct, Plaintiff suffered concrete and particularized harm, including the dissemination of inaccurate and misleading credit information to third parties, damage to Plaintiff's creditworthiness, and the risk of adverse credit decisions. Such harm constitutes a concrete injury sufficient to confer standing under Spokeo, Inc. v. Robins, as the Fair Credit Reporting Act protects against the dissemination of inaccurate credit information and the resulting real-world harms associated therewith.

28. On or about February 20, 2026, Plaintiff submitted disputes to Experian, TransUnion, and Equifax concerning the subject account, asserting that the account was reporting inaccurate and incomplete information and requesting that a reasonable investigation be conducted. Plaintiff's disputes clearly identified the account at issue and detailed the specific inaccuracies, thereby placing Defendant on notice of its obligations under the Fair Credit Reporting Act to investigate the disputed information and to correct or delete any information that was inaccurate, incomplete, or unverifiable.

29. Upon information and belief, Experian, TransUnion, and Equifax forwarded notice of Plaintiff's disputes, along with all relevant information provided by Plaintiff, to Defendant within five (5) business days of receiving the disputes, as required by the Fair Credit Reporting Act. Despite receiving such notice, Defendant failed to conduct a reasonable investigation, failed to review all relevant information, and failed to correct or delete the inaccurate and incomplete information. Instead, Defendant continued to furnish the disputed information without marking the account as disputed and without rectifying the identified errors, in violation of 15 U.S.C. § 1681s-2(b).

30. On or about February 23, 2026, and March 20, 2026, Plaintiff received reinvestigation results from Equifax indicating that Defendant had verified the disputed information as accurate. Upon information and belief, Defendant failed to conduct a reasonable investigation and instead merely verified the information without correcting the identified

inaccuracies. The information continued to be reported inaccurately and incompletely, including erroneous balances, misleading payment history, and the failure to report the account as disputed, in violation of 15 U.S.C. § 1681s-2(b).

31. Defendant's verification of inaccurate and incomplete information, despite being provided with all relevant information and having a duty to conduct a reasonable investigation, constitutes a violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b). This failure has caused and continues to cause harm to Plaintiff by allowing materially misleading and damaging information to remain on Plaintiff's consumer credit reports.

32. Following the expiration of the thirty (30) day reinvestigation period prescribed by the Fair Credit Reporting Act, Defendant failed to delete or modify the inaccurate and incomplete information as required under 15 U.S.C. § 1681s-2(b). Despite receiving notice of the dispute and having a statutory obligation to conduct a reasonable investigation, Defendant continued to furnish inaccurate and incomplete payment history, including erroneous delinquency notations, missing payment information, and incorrect account status.

33. As of the date of this filing, the subject tradeline continues to reflect materially inaccurate and incomplete information, thereby continuing to harm Plaintiff and constituting an ongoing violation of the Fair Credit Reporting Act.

34. Upon information and belief, Defendant either failed to conduct any investigation whatsoever or conducted an unreasonable investigation and erroneously verified the inaccurate and incomplete account information as accurate.

35. Defendant failed to review all relevant information provided by Plaintiff in connection with Plaintiff's disputes, as required by 15 U.S.C. § 1681s-2(b), thereby violating its statutory obligations.

36. Upon receipt of notice of Plaintiff's disputes, Defendant failed to conduct a reasonable investigation or reinvestigation of the disputed information, as required by 15 U.S.C. § 1681s-2(b).

37. Had Defendant conducted a reasonable and diligent investigation, the account would have been corrected to accurately reflect the true balances, payments made, and complete account history. Instead, Defendant allowed inaccurate and incomplete information to remain on Plaintiff's credit reports.

38. Defendant's failure to conduct a reasonable investigation and to correct or delete inaccurate and incomplete information constitutes negligent noncompliance with 15 U.S.C. § 1681s-2(b), resulting in the continued reporting of materially misleading information.

39. Defendant's conduct was willful. Despite receiving detailed disputes and having knowledge of the inaccuracies, Defendant consciously disregarded its obligations under the Fair Credit Reporting Act by failing to conduct a meaningful investigation and by continuing to report inaccurate, misleading, and derogatory information. Such conduct was not the result of a bona fide error but reflects a reckless disregard for Plaintiff's rights under the FCRA.

40. As a result of Defendant's willful noncompliance, Plaintiff is entitled to recover statutory damages pursuant to 15 U.S.C. § 1681n, as well as punitive damages and costs.

41. As a direct and proximate result of Defendant's violations of the Fair Credit Reporting Act, Plaintiff has suffered and continues to suffer actual damages, including but not limited to damage to creditworthiness, loss of credit opportunities, higher interest rates, and other economic harm.

42. Plaintiff has also suffered emotional distress, anxiety, frustration, embarrassment, and humiliation as a result of Defendant's continued reporting of inaccurate and misleading information, and the failure to correct such information despite repeated disputes.

43. Defendant's conduct caused the dissemination of inaccurate and materially misleading credit information to third parties, thereby harming Plaintiff's reputation and standing in the community.

44. Defendant's actions have forced Plaintiff to expend time and effort to review credit reports, prepare and submit disputes, and attempt to correct the inaccurate information, all to Plaintiff's detriment.

45. The injuries suffered by Plaintiff are concrete and particularized and constitute actual harm under the Fair Credit Reporting Act.

## COUNT I

### Willful Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)

46. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs of this Complaint as if fully set forth herein.

47. Defendant is a furnisher of information to consumer reporting agencies and is subject to the duties imposed under 15 U.S.C. § 1681s-2(b).

48. Upon information and belief, after Plaintiff submitted disputes to Experian, Equifax, and TransUnion, those consumer reporting agencies notified Defendant of the disputes, thereby triggering Defendant's obligations under 15 U.S.C. § 1681s-2(b).

49. Defendant willfully failed to comply with its duties under 15 U.S.C. § 1681s-2(b), including but not limited to failing to conduct a reasonable investigation, failing to review all relevant information, failing to correct or delete inaccurate and incomplete information, and failing to report the account as disputed.

50. Defendant verified the disputed information as accurate despite the existence of clear inaccuracies and omissions, including erroneous balances, misleading payment history, incomplete balance data, and inconsistent delinquency reporting.

51. Defendant further willfully failed to modify, delete, or permanently correct the inaccurate and incomplete information, and continued to furnish such information to consumer reporting agencies.

52. Defendant's investigation, if any, was unreasonable and inadequate, as it failed to identify and correct the inaccuracies that would have been revealed through a proper and thorough review of the relevant information.

53. Defendant's conduct was willful, in that it knowingly and/or recklessly disregarded its obligations under the Fair Credit Reporting Act, despite having received detailed disputes and being aware of the inaccuracies.

54. Defendant's actions and omissions resulted in the continued reporting of materially misleading information. Information is materially misleading when it is incomplete or presented in a manner that creates a false impression, even if some underlying data may be technically accurate.

55. Defendant's conduct demonstrates a reckless disregard for Plaintiff's rights and created an unjustifiably high risk of harm, which has persisted to the present as Defendant has failed to correct the inaccuracies.

56. As a direct and proximate result of Defendant's willful violations, Plaintiff has suffered actual damages and is entitled to statutory damages of not less than $100 and not more than $1,000 per violation, punitive damages, and costs pursuant to 15 U.S.C. § 1681n.

## COUNT II

### Negligent Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)

57. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs of this Complaint as if fully set forth herein.

58. Defendant had a duty to comply with the requirements imposed under 15 U.S.C. § 1681s-2(b) upon receiving notice of Plaintiff's disputes.

59. Defendant breached its duty by failing to conduct a reasonable investigation, failing to review all relevant information, and failing to correct or delete inaccurate and incomplete information.

60. Defendant's negligent conduct resulted in the continued reporting of inaccurate, incomplete, and misleading information regarding Plaintiff's account.

61. As a direct and proximate result of Defendant's negligent noncompliance, Plaintiff has suffered actual damages.

62. Plaintiff is entitled to recover actual damages and costs pursuant to 15 U.S.C. § 1681o.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant, and grant the following relief:

a.  Award Plaintiff actual damages sustained as a result of Defendant's violations of the Fair Credit Reporting Act, pursuant to 15 U.S.C. §§ 1681n(a)(1) and 1681o(a);

b.  Award Plaintiff statutory damages of not less than $100 and not more than $1,000 per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

c.  Award punitive damages in an amount sufficient to punish Defendant and deter similar misconduct, pursuant to 15 U.S.C. § 1681n(a)(2);

d.  Order Defendant to immediately correct, update, or permanently delete all inaccurate, incomplete, and misleading information relating to Plaintiff from all consumer reporting agencies to which Defendant has furnished such information;

e.  Grant Plaintiff pre-judgment and post-judgment interest as permitted by law;

f.  Grant such other and further relief as this Court deems just and proper.

g.  Award equitable relief as necessary to ensure Defendant's full compliance with the Fair Credit Reporting Act and to prevent the continued reporting of inaccurate and misleading information.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    APR 1 3 2026    ★

BROOKLYN OFFICE

Dated: 04/08/ , 2026

D. HALL

Dain Hall
10323 AVENUE J
BROOKLYN, NY 11236-2819
(347)698-6598
Dainhall182@yahoo.com
Plaintiff, Pro Se

JS 44  (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Dain Hall | CAPITAL ONE BANK N.A. |

| (b) County of Residence of First Listed Plaintiff  Kings County | County of Residence of First Listed Defendant  Fairfax County |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)*  10323 Avenue J  Brooklyn, NY 11236 | Attorneys *(If Known)* |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question  *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C § 1681

Brief description of cause:
Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b)

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE  04/08/26

SIGNATURE OF ATTORNEY OF RECORD
D. HALL

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

DAIN HALL )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
CAPITAL ONE BANK N.A. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Capital One Bank N.A.
c/oCORPORATION SERVICE COMPANY
100 Shockoe Slip Fl 2, Richmond, VA, 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dain Hall
10323 Avenue J
Brooklyn, NY 11236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0   .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                                        *Server's signature*

                                         _____
                                                 *Printed name and title*

                                         _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |



## CREDIT FILE : February 23, 2026

## Confirmation # 6051570931

Dear DAIN HALL:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the  dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains

(End of Report)
000005738-DISC

6051570931-EMB-0fe801720000070e-02232026

000005738- DISC
DAIN HALL
10323 AVENUE J FL BSM
BROOKLYN, NY 11236-2819

P.O. Box 105518
Atlanta, GA 30348

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
|---|

| *Credit Account Information*<br>*(For your security, the last 4 digits of account number(s) have been replaced by \*) (This section includes open and closed accounts reported by credit grantors)* | | |
|---|---|---|
| ***Account History Status Code Descriptions*** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

>>> *The information you disputed has been verified as accurate and account information updated to reflect latest account activity. Account # - *3742 The results are:* THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE

REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF 1ST DELINQUENCY *DATE OF LAST PAYMENT *HISTORICAL ACCOUNT INFORMATION.   If you have additional questions about this item please contact: **CAPITAL ONE BANK USA NA, PO BOX 31293, Salt Lake City, UT 84131-1293 Phone: (800) 955-7070**

**CAPITAL ONE BANK USA NA**      PO BOX 31293 Salt Lake City UT 84131-1293 : 8009557070

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *3742 | 03/30/2014 | $3,583 | $3,500 | | Monthly | 99 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/2026 | $2,884 | $42 | *12/01/2025* | | $136 | *01/01/2026* | | | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| 30 - 59 Days Past Due | Revolving | Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:
*Consumer Disputes This Account*

*Credit Card*

*Account Previously in Dispute - Now Resolved by Data Furnisher*

Account History with Status Codes

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01/2026 0 | 12/2025 0 | 11/2025 0 | 10/2025 2 | 09/2025 4 | 08/2025 4 | 07/2025 3 | 06/2025 3 | 05/2025 3 | 04/2025 2 |
| | 03/2025 2 | 02/2025 1 | 01/2025 0 | 12/2024 0 | 11/2024 0 | 10/2024 0 | 09/2024 0 | 08/2024 0 | 07/2024 0 | 06/2024 0 |
| | 05/2024 0 | 04/2024 0 | 03/2024 0 | 02/2024 0 | 01/2024 0 | 12/2023 0 | 11/2023 0 | 10/2023 0 | 09/2023 0 | 08/2023 0 |
| | 07/2023 0 | 06/2023 0 | 05/2023 0 | 04/2023 0 | 03/2023 0 | 02/2023 0 | 01/2023 0 | 12/2022 0 | 11/2022 0 | 10/2022 0 |
| | 09/2022 1 | 08/2022 0 | 07/2022 0 | 06/2022 0 | 05/2022 0 | 04/2022 0 | 03/2022 0 | 02/2022 0 | 01/2022 0 | 12/2021 0 |
| | 11/2021 0 | 10/2021 0 | 09/2021 0 | 08/2021 0 | 07/2021 0 | 06/2021 0 | 05/2021 0 | 04/2021 0 | 03/2021 0 | 02/2021 0 |
| | 01/2021 0 | 12/2020 0 | 10/2020 0 | 09/2020 0 | 08/2020 0 | 07/2020 0 | 06/2020 0 | 05/2020 0 | 04/2020 0 | 03/2020 0 |
| | 02/2020 0 | 01/2020 0 | 12/2019 0 | 11/2019 0 | 10/2019 0 | 09/2019 0 | 08/2019 0 | 07/2019 0 | 06/2019 0 | |

| Historical Account Information | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
| 01/26 | $2,776 | $134 | | 12/28/2025 | $3,583 | *$3,500* | | Credit Card | | |

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| Historical Account Information | | | | | | | | | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/25 | $2,719 | $92 | | 12/01/2025 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/25 | $2,745 | $100 | | 10/28/2025 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/25 | $3,077 | $111 | | 09/28/2025 | $3,583 | *$3,500* | $126 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/25 | $3,417 | $118 | | 08/28/2025 | $3,583 | *$3,500* | $429 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit
120 Days Past Due

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/25 | $3,382 | $117 | | 07/28/2025 | $3,583 | *$3,500* | $366 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit
120 Days Past Due

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | $3,348 | $113 | | 06/28/2025 | $3,583 | *$3,500* | $294 | Credit Card | |

(End of Report)
000005738-DISC

6051570931-EMB-0fe801720000070e-02232026

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 06/25 | $3,518 | $122 | | 05/28/2025 | $3,583 | *$3,500* | $426 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 05/25 | $3,481 | $118 | | 04/28/2025 | $3,583 | *$3,500* | $356 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 04/25 | $3,448 | $120 | | 04/02/2025 | $3,583 | *$3,500* | $255 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 03/25 | $3,512 | $151 | | 01/28/2025 | $3,583 | *$3,500* | $248 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 02/25 | $3,435 | $157 | | 01/28/2025 | $3,583 | *$3,500* | $107 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 01/25 | $3,312 | $141 | | 12/28/2024 | $3,583 | *$3,500* | | Credit Card | |

| Historical Account Information | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/24 | $3,105 | $107 | | 11/29/2024 | $3,583 | $3,500 | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/24 | $3,139 | $111 | | 10/28/2024 | $3,583 | $3,500 | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/24 | $3,169 | $110 | | 09/28/2024 | $3,583 | $3,500 | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/24 | $3,205 | $115 | | 08/28/2024 | $3,583 | $3,500 | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/24 | $3,238 | $116 | | 07/29/2024 | $3,583 | $3,500 | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | $3,271 | $117 | | 06/28/2024 | $3,583 | $3,500 | | Credit Card | |

(End of Report)
000005738-DISC

6051570931-EMB-0fe801720000070e-02232026

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 06/24 | $3,447 | $149 | | 05/28/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 05/24 | $3,332 | $113 | | 04/29/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 04/24 | $3,104 | $111 | | 03/28/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 03/24 | $3,131 | $107 | | 02/28/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 02/24 | $3,167 | $113 | | 01/29/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

# EXHIBIT B

**Personal Credit Report for:**

DAIN HALL

A quick heads up:

Your credit score is not included with your TransUnion credit report.

**File Number:**

408675713

**Date Created:**

03/20/2026

Feedback

# Your TransUnion Credit Repc

**Found something inaccurate on your credit report?**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ↗.

## 👤 Personal Information

Your SSN has been masked for your protection.

**Credit Report Date**

03/20/2026

**Social Security Number**



**Date of Birth**



Chat Now

## Also Known As

**AKA**





Total Months: 83

CAPITAL ONE 517805834322****

## Account Information

| | |
|---|---|
| **Address** | P O Box 31293 Salt Lake City, UT 84131 |
| **Phone** | (800) 955-7070 |
| **Monthly Payment** | $132 |
| **Date Opened** | 03/30/2014 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |

### *Notice to Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

000005738-DISC

6051570931-EMB-0fe801720000070e-02232026

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 06/24 | $3,447 | $149 | | 05/28/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 05/24 | $3,332 | $113 | | 04/29/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 04/24 | $3,104 | $111 | | 03/28/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 03/24 | $3,131 | $107 | | 02/28/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| 02/24 | $3,167 | $113 | | 01/29/2024 | $3,583 | *$3,500* | | Credit Card | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

(End of Report)
000005738-DISC

6051570931-EMB-0fe801720000070e-02232026

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|

Historical Account Information

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/24 | $3,105 | $107 | | 11/29/2024 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/24 | $3,139 | $111 | | 10/28/2024 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/24 | $3,169 | $110 | | 09/28/2024 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/24 | $3,205 | $115 | | 08/28/2024 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/24 | $3,238 | $116 | | 07/29/2024 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/24 | $3,271 | $117 | | 06/28/2024 | $3,583 | *$3,500* | | Credit Card | |

| April 2022 | May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **30** | Rating **OK** |

| November 2022 | December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| February 2021 | March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 |
|---|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| September 2021 | October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | March 2022 |
|---|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| December 2019 | January 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 |
|---|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| July 2020 | August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 |
|---|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| | |
|---|---|
| **Loan Type** | CREDIT CARD |
| **Balance** | $2,937 |
| **Date Updated** | 03/03/2026 |
| **Last Payment Made** | 02/28/2026 |
| **Pay Status** | >Account 30 Days Past Due Date< |
| **Terms** | $132 per month; paid Monthly |
| **High Balance (Hist.)** | High balance of $3,583 from 02/2026 to 03/2026 |
| **Credit Limit (Hist.)** | Credit limit of $3,500 from 02/2026 to 03/2026 |
| **Estimated month and year this item will be removed** | 12/2032 |

## Payment History

| May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 | November 2019 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

 **Before your dispute**

## Account Info

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | $2,884 |
| Account Number | 517805XXXXXXXXXX | Balance Updated | 02/03/2026 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $136 |
| Interest Type | - | Original Balance | $3,500 |
| Date Opened | 03/30/2014 | Highest Balance | $3,583 |
| Status | Open. $42 past due as of Feb 2026. | Terms | - |
| Status Updated | 02/2026 | | |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | 30 | — | — | — | — | — | — | — | — | — | — |
| 2025 | ✓ | 30 | 60 | 60 | 90 | 90 | 90 | 120 | 120 | 60 | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met        30   Past due 30 days
60   Past due 60 days          90   Past due 90 days
120   Past due 120 days

## Payment history guide

30 days past due as of Feb 2026,Feb 2025,Sep 2022

60 days past due as of Oct 2025,Apr 2025,Mar 2025

120 days past due as of Sep 2025,Aug 2025

90 days past due as of Jul 2025 to May 2025

By Oct 2032, this account is scheduled to go to a positive status.



## Contact Info

**Address**          PO BOX 31293,
                     SALT LAKE CITY UT 84131



## Reinvestigation Info

**This item was updated from our processing of your
dispute in Feb 2026.**

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | **$2,884** |
| Account Number | **517805XXXXXXXXXXX** | Balance Updated | **02/03/2026** |
| Account Type | **Credit card** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **$136** |
| Interest Type | **-** | Original Balance | **$3,500** |
| Date Opened | **03/30/2014** | Highest Balance | **$3,583** |
| Status | **Open. $42 past due as of Feb 2026.** | Terms | **-** |
| Status Updated | **02/2026** | | |

## Payment History

# EXHIBIT A



Prepared For

## DAIN HALL

**Personal & Confidential**

**Date Generated** Feb 19, 2026

**Report Number** 0863-2915-68

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### CAPITAL ONE

Account · 517805XXXXXXXXXX

Information on this item has been updated. Please review your report for the details.



Updated

You can contact CAPITAL ONE at PO BOX 31293, SALT LAKE CITY , UT 84131 or (800) 955-7070

 **After your dispute**

 **Account Info**

| October 2025 | November 2025 | December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** $2,884 | **Balance** $2,937 |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** $42 | **Past Due** $126 |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** $136 | **Scheduled Payment** $132 |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** DRG | **Remarks** DRG |
| Rating **60** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **30** | Rating **30** |

Total Months: 83



| | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | February 2025 |
|---|---|---|---|---|---|---|---|
| **Balance** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Past Due** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Scheduled Payment** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Remarks** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | **OK** | **OK** | **OK** | **OK** | **OK** | **OK** | **30** |

| | March 2025 | April 2025 | May 2025 | June 2025 | July 2025 | August 2025 | September 2025 |
|---|---|---|---|---|---|---|---|
| **Balance** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Past Due** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Scheduled Payment** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Remarks** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | **60** | **60** | **90** | **90** | **90** | **120** | **120** |

| June 2023 | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| January 2024 | February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| | | | |
|---|---|---|---|
| **Sep 2025** | **$3,417** | **$118** | **$0 on 8/28/2025** |
| **Aug 2025** | **$3,382** | **$117** | **$0 on 7/28/2025** |
| **Jul 2025** | **$3,348** | **$113** | **$0 on 6/28/2025** |
| **Jun 2025** | **$3,518** | **$122** | **$0 on 5/28/2025** |
| **May 2025** | **$3,481** | **$118** | **$0 on 4/28/2025** |
| **Apr 2025** | **$3,448** | **$120** | **$0 on 4/2/2025** |
| **Mar 2025** | **$3,512** | **$151** | **$0 on 1/28/2025** |
| **Feb 2025** | **$3,435** | **$157** | **$0 on 1/28/2025** |
| **Jan 2025** | **$3,312** | **$141** | **$0 on 12/28/2024** |
| **Dec 2024** | **$3,105** | **$107** | **$0 on 11/29/2024** |
| **Nov 2024** | **$3,139** | **$111** | **$0 on 10/28/2024** |
| **Oct 2024** | **$3,169** | **$110** | **$0 on 9/28/2024** |
| **Sep 2024** | **$3,205** | **$115** | **$0 on 8/28/2024** |
| **Aug 2024** | **$3,238** | **$116** | **$0 on 7/29/2024** |
| **Jul 2024** | **$3,271** | **$117** | **$0 on 6/28/2024** |
| **Jun 2024** | **$3,447** | **$149** | **$0 on 5/28/2024** |
| **May 2024** | **$3,332** | **$113** | **$0 on 4/29/2024** |
| **Apr 2024** | **$3,104** | **$111** | **$0 on 3/28/2024** |
| **Mar 2024** | **$3,131** | **$107** | **$0 on 2/28/2024** |
| **Feb 2024** | **$3,167** | **$113** | **$0 on 1/29/2024** |

## Additional info

Between Feb 2024 and Jan 2026, your credit limit/high balance was $3,500

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | 30 | — | — | — | — | — | — | — | — | — | — |
| 2025 | ✓ | 30 | 60 | 60 | 90 | 90 | 90 | 120 | 120 | 60 | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ | Current / Terms met | 30 | Past due 30 days |
|---|---------------------|----|------------------|
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | | |

**Payment history guide**

30 days past due as of Feb 2026,Feb 2025,Sep 2022

60 days past due as of Oct 2025,Apr 2025,Mar 2025

120 days past due as of Sep 2025,Aug 2025

90 days past due as of Jul 2025 to May 2025

By Oct 2032, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jan 2026 | $2,776 | $134 | $0 on 12/28/2025 |
| Dec 2025 | $2,719 | $92 | $0 on 12/1/2025 |
| Nov 2025 | $2,745 | $100 | $0 on 10/28/2025 |
| Oct 2025 | $3,077 | $111 | $0 on 9/28/2025 |

 **Contact Info**

Address                   PO BOX 31293,
                          SALT LAKE CITY UT 84131

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to

### *Notice to Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

000005738-DISC

6051570931-EMB-0fe801720000070e-02232026



## CREDIT FILE : February 23, 2026
## Confirmation # 6051570931

000005738- DISC
DAIN HALL
10323 AVENUE J FL BSM
BROOKLYN, NY 11236-2819

P.O. Box 105518
Atlanta, GA 30348

Dear DAIN HALL:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the  dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may  request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation |
| --- |

| Credit Account Information |
| --- |
| (For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by   credit grantors) |

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
| --- | --- | --- | --- |

>>>  *The information you disputed has been verified as accurate and account information updated to reflect latest account activity. Account # - *3742 The results are:*  THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE

REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF 1ST DELINQUENCY *DATE OF LAST PAYMENT *HISTORICAL ACCOUNT INFORMATION.   If you have additional questions about this item please contact:  **CAPITAL ONE BANK USA NA, PO BOX 31293, Salt Lake City, UT 84131-1293 Phone: (800) 955-7070**

**CAPITAL ONE BANK USA NA    PO BOX 31293 Salt Lake City UT 84131-1293 : 8009557070**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *3742 | 03/30/2014 | $3,583 | $3,500 | | Monthly | 99 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/2026 | $2,884 | $42 | 12/01/2025 | | $136 | 01/01/2026 | | | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| 30 - 59 Days Past Due | Revolving | Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:
**Consumer Disputes This Account**

**Credit Card**

**Account Previously in Dispute - Now Resolved by Data Furnisher**

Account History with Status Codes

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/2026 | 12/2025 | 11/2025 | 10/2025 | 09/2025 | 08/2025 | 07/2025 | 06/2025 | 05/2025 | 04/2025 |
| 0 | 0 | 0 | 2 | 4 | 4 | 3 | 3 | 3 | 2 |
| 03/2025 | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 |
| 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01/2021 | 12/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

| Historical Account Information | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/26 | $2,776 | $134 | | 12/28/2025 | $3,583 | *$3,500* | | Credit Card | |

(End of Report)
000005738-DISC

6051570931-EMB-0fe801720000070e-02232026

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| Historical Account Information | | | | | | | | | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/25 | $2,719 | $92 | | 12/01/2025 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/25 | $2,745 | $100 | | 10/28/2025 | $3,583 | *$3,500* | | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/25 | $3,077 | $111 | | 09/28/2025 | $3,583 | *$3,500* | $126 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/25 | $3,417 | $118 | | 08/28/2025 | $3,583 | *$3,500* | $429 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit
120 Days Past Due

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/25 | $3,382 | $117 | | 07/28/2025 | $3,583 | *$3,500* | $366 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit
120 Days Past Due

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | $3,348 | $113 | | 06/28/2025 | $3,583 | *$3,500* | $294 | Credit Card | |

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|

Historical Account Information

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/25 | $3,518 | $122 | | 05/28/2025 | $3,583 | *$3,500* | $426 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/25 | $3,481 | $118 | | 04/28/2025 | $3,583 | *$3,500* | $356 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/25 | $3,448 | $120 | | 04/02/2025 | $3,583 | *$3,500* | $255 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/25 | $3,512 | $151 | | 01/28/2025 | $3,583 | *$3,500* | $248 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/25 | $3,435 | $157 | | 01/28/2025 | $3,583 | *$3,500* | $107 | Credit Card | |

ADDITIONAL INFORMATION:
Credit Card
Amount in High Credit Column is Credit Limit

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | $3,312 | $141 | | 12/28/2024 | $3,583 | *$3,500* | | Credit Card | |

(End of Report)
000005738-DISC

6051570931-EMB-0fe801720000070e-02232026

FROM:

DAIN HALL
10323 AVE J
BROOKLYN NY 11236



TO:

United States
District Court
225 Cadman Plaza
East Brooklyn NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   APR 13 2026   ★

BROOKLYN OFFICE



| UNITED STATES POSTAL SERVICE. | Retail |
|---|---|

**US POSTAGE PAID**

**$10.20**   Origin: 11224
04/08/26
3508080313-11

**PRIORITY MAIL®**

0 Lb 4.90 Oz

**RDC 03**

EXPECTED DELIVERY DAY:   04/10/26

C030

SHIP
TO:
 225 CADMAN PLZ E
BROOKLYN NY 11201-1832

**USPS TRACKING® #**



9505 5150 4322 6098 8034 23




Utility Mailer